COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-08-026-CV

 

PICERNE MANAGEMENT CORPORATION                               APPELLANTS

AND
IRONWOOD RANCH TOWNHOMES, L.P.                                           

 

                                                   V.

 

LINDSEY
NEWMAN                                                                 APPELLEE

 

 

                                               ----------

            FROM THE 342ND
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------








We have considered the ANotice Of Settlement And Joint Motion To Reverse The Trial Court's
Judgment And To Remand For Further Proceedings@ filed by appellants Picerne Management Corporation and Ironwood Ranch
Townhomes, L.P. and appellee Lindsey Newman. 
Because the parties have settled all matters in the appeal, it is the
court=s opinion that the motion should be granted.  We therefore reverse the trial court=s judgment and remand this case to the trial court for entry of
judgment consistent with the parties= settlement agreement.  See
TEX. R. APP. P. 42.1(a)(1).  We deny the parties= previously filed AJoint Motion To Grant Petition For Review And To Remand Case To The
Trial Court.@

Costs of the appeal shall be paid by appellants, for which let
execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

 

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

 

DELIVERED:  February 28, 2008  











[1]See Tex. R. App. P. 47.4.